

**RAPHAELSON LEVINE**
LAW FIRM P.C.

14 Penn Plaza • Suite 1718 • New York, NY 10122 • 212.268.3222 • 800.529.7967
Fax: 212.268.3313 • 212.695.9050 • www.rllawyers.com

May 21, 2014

Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 505 North
Brooklyn, New York 11201

        Re: Kesten, Charles
        Date of accident: 12/24/10
        12-CV-05222

Dear Magistrate Judge Scanlon:

    Please be advised the above-referenced matter has been settled.

                Very truly yours,

                RAPHAELSON & LEVINE LAW FIRM, P.C.

                By: Andrew J. Levine, Esq.

AL:ml

cc:
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
1133 Westchester Avenue
White Plains, NY  10604
Attention:  Russ Vignali Esq.

---